# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

| | |
|---|---|
| United States of America, | Case Number: 12-CV-7811 |
| Plaintiff, | Assigned Judge: _____ |
| V. | Designated Magistrate Judge: Maria Valdez |
| STEVEN A. HEATH, | |
| Defendant. | |

TO:

STEVEN A. HEATH
17618 Baker Ave
Country Club Hills, IL 60478

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KIMBERLY J. GOODELL
Potestivo & Associates, P.C.
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within **21** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____    _____
Thomas G. Bruton, Clerk                                      Date


_____
(by) Deputy Clerk
THOMAS G. BRUTON, CLERK

*[signature]*

!#%&'() *$, &-.                                              November 7, 2012
                                                             DATE

## RETURN OF SERVICE

| | DATE: |
|---|---|
| Service of the Summons and Complaint was made by me. | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service-*

[ ] Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date                         Signature of Server

                                                          Address of Server

**United States District Court**
**Northern District of Illinois**

**United States of America,**

        Plaintiff(s),

vs.

**Steven A. Heath,**

        Defendant(s).

**Case No.: 12 CV 7811**

**AFFIDAVIT OF SERVICE**

I, James Haniacek, an employee of E.L Johnson Investigations, being first duly sworn on oath, depose and say the following:

I am over the age of 18 years old and not a party to this action.

On November 13, 2012 at 4:47 PM, I **SERVED** the within Summons and Complaint on Steven A. Heath in the following manner:

**SUBSTITUTE SERVICE:** By leaving a copy of the Summons and Complaint at Steven A. Heath's usual place of abode, 17618 Baker Avenue, Country Club Hills, IL 60478, with his/her **Co-Occupant, VARDA PAYTON**, a person of his/her family, or other person a person residing there, over the age of 13 years who was informed of the contents of the Summons and Complaint.

On November 14, 2012, a copy of the Summons and Complaint was mailed in a sealed envelope with postage fully prepaid, addressed to Steven A. Heath at his/her usual place of abode, the address which service was made.

Description of person process was left with:

**Sex: Female** - Skin: **Black** - Hair: **Salt and Pepper** - Approx. Age: **55** - Height: **5"4"** - Weight: **180**

Comments: varda payton refused any relationship to the defendant would only state that they "are related."

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this Affidavit of Service are true and correct.

Further the affiant sayeth naught.

Signed and sworn to before me on
this 14th day of November, 2012.

X_____
James Haniacek
PERC 129-294932

NotaryPublic



OFFICIAL SEAL
CHRISTOPHER MIRANDA
Notary Public - State of Illinois
My Commission Expires May 18, 2015

E.L Johnson Investigations
53 W. Jackson Boulevard, Suite 915
Chicago, IL 60604
312-583-1167
License:117-00912
**File:C11-44934**

*230915*